U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED AUG 1 4 2009
CLERK'S OFFICE

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Ray Rattler
---
Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

CIVIL ACTION

NO.

versus

SECTION

3) Colonel: Dennis Grimes, Colonel
4) Alma Harness, Sgt
1) James M. LeBlac, Warden Head-
2) James Stevens, Unit Warden Asst.
Classification Officer: Mr. Miller
---
Print the full name of all defendants in this action.
**DO NOT WRITE et al.**

COMPLAINT

I. Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (✓)

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs _____none_____

   Defendants _____none_____

2. Court (If federal court, name of the district court; if state court, name the parish.)
   _____none_____

3. Docket Number _____

4. Name of judge to whom case was assigned _____none_____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)
   _____none_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

II. PLACE OF PRESENT CONFINEMENT: _____

    A. Is there a prisoner grievance procedure in this institution?
       Yes ( ) No ( )

    B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( ) No ( )

    C. If your answer is "yes",

        1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

        2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals?

    D. If your answer is NO, explain why you have not done so: _____

III. Parties

    (In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

    A. Full Name of Plaintiff
       (First - Middle - Last) _____

       Prisoner Number _____

       Address _____

       Date of Birth _____

       Date of Arrest _____

       Date of Conviction _____

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant _James M LeBlanc_ is employed as _Secretary Department of Correction_ at _Capital Station Government St._
Address for service: _as above._

C. Defendant _James Stevens_ is employed as _Unit Warden Compound 1_ at _D.C.I. Dixon Correction Inst._
Address for service: _Same as above._

D. Defendant _Colonel Dennis Grimes_ is employed as _D.C.I. Dixon Correction Inst_ at _Jackson, La. 70748_
Address for service: _Same as above_

E. Defendant _Alma Harness_ is employed as _Sgt._ at _Dixon Correction Inst._
Address for service: _Jackson, La 70748_

F. Defendant _____ is employed as _____ at _____
Address for service: _____

G. Defendant _____ is employed as _____ at _____
Address for service: _____

4

Case 3:09-cv-00643-JVP-DLD    Document 1    08/14/09    Page 4 of 8

<u>Claim "4"</u>   On 1-19-05, Plaintiff Ray Rattler went before the Parole board for an hearing to determine a possible Parole release. Once before the Parole board, It was discussed by the Chairman Mr. Lewis as follow:

(@). Mr. Chairman Lewis Stated: Tell me Mr. Rattler? Why haven't you applied for School since you been incarcerated.

(A). Plaintiff than turned around and Pointed at the Classification officer Mr. Miller of D.C.I. and the other member who represented D.C.I and Stated: Ask them?

<u>"Parole Board Members Went To Speaking"</u>

The Lady Member Stated: I grant you work release Mr. Rattler.
The Male Member Stated: I grant you work release also Mr. Rattler.
The Chairman Mr. Lewis Stated: Mr. Rattler, I Tell you what you get me a G.E.D. and Mail it to me, you are outter here Mr. Rattler, do you hear me, Yes, Sir.

Plaintiff was than Placed in G.E.D. school full time; but later on, Plaintiff was retaliated against by D.C.I. administration for telling the Parole board that it was the administration fault for me not being in school, and voicing Plaintiff First Amendment rights. 5th Amendment, via 14th Amendment rights to An liberty interest. See Claim (3)

<u>D.C.I Admin Retaliation</u>

Plaintiff was than took out School and Packed up and shipped off to Louisiana State Penitentiary Maximum Security Prison for Plaintiff filing a Complaint for being removed from the hobby-shop Due process violated First Amendment rights. See Jackson v. Cain, 864 F.2d 1235, 1248 (5th Cir. 1989).

This action is brought Pursuant to 42 U.S.C. §§ 1983 and 1986 and the First, 5th, and 14th Amendments to the United States Const.

Jurisdiction is founded upon 28 U.S.C. §§ 1331 and 1341 (3) and (4) and the aforementioned constitutional and statutory provisions. Plaintiff further invokes the Pendant Jurisdiction of this Court to hear and decide claims arising out of state law. See exhibit " ".

Wherefore, Plaintiff Ray Rattler request this Court:

(A). Award mental Anguish damage against the defendants' and each in their individual Capacities in the amount of $20,000

(B) Award compensatory damages against the defendants' and each of them jointly and severally, in the amount of $20,000

(C). Award Punitive damages against the defendants' individually in the amount of $20,000

(D). Award Costs of this action including attorneys fee to the Plaintiff. $37,000

(E). Award such other and further relief as this Court may deem approiate.

A Jury trial is hereby demanded.

Respectfully Submitted:
s/ Ray Rattler #91323
La. State. Prison.
Camp-J- Shark 1-L-11
Angola, La. 70712

Dated 5th day of Aug. 2009

## VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this __5th__ day of __August__, 20_09_.

_____
(Signature of Plaintiff)

01/04

Case 3:09-cv-00643-JVP-DLD   Document 1   08/14/09   Page 7 of 8



Ray Rattler #91323
La. State Penitentiary
Camp-J-Shark 1-L-11
Angola, La. 70712

SCREENED
C/R
U.S. MARSHAL

Clerk of Court
Middle District of Louisiana
777 Florida Street, Ste. 139
Baton Rouge, La. 70801