UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA
2009 OCT 19 P 2: 10

SIGN
BY DEPUTY CLERK

RAY RATTLER (#91323)

VERSUS                               CIVIL ACTION NO.: 09-643-JVP-DLD

COLONEL DENNIS GRIMES, ET AL

# RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 21, 2009 (doc. 7). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's action shall be **DISMISSED** with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, October 19, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

2