UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT

2009 OCT 19 P 2: 10

BY_____ DEPUTY CLERK

RAY RATTLER (#91323)

VERSUS                                          CIVIL ACTION NO.: 09-643-JVP-DLD

JAMES M. LEBLANC, JAMES STEVENS,
DENNIS GRIMES, ALMA HARNESS,
AND MR. MILLER

## JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendants, James M. LeBlanc, James Stevens, Dennis Grimes, Alma Harness, and Mr. Miller and against the plaintiff, Ray Rattler, and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, October 19, 2009.

_____
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA